882 A.2d 374

IN THE MATTER OF JOHN F. RODGERS, JR., AN ATTORNEY AT LAW.

September 26, 2005.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **JOHN F. RODGERS, JR.,** of **LINDENWOLD,** who was admitted to the bar of this State in 1970, and who was suspended from the practice of law for a period of three months effective October 4, 2003, by Order of this Court dated September 5, 2003, be restored to the practice of law, effective immediately; and it is further

ORDERED that **JOHN F. RODGERS, JR.,** shall practice under the supervision of a practicing attorney approved by the Office of Attorney Ethics for a period of one year and until the further Order of the Court.